(Pleito No. 142.—Fallado el 28 de Agosto de 1901.)

## SMITH contra PESQUERA.

RECURSO  contra sentencia dictada por la Corte de Distrito de San Juan.

1.—DECLARACIÓN DE DOMINIO.   En una acción ejercitada en solicitud de declaración de dominio sobre una finca, al opositor que se presentase á impugnarla corresponde probar su mejor derecho á la misma.
2.—RECURSO.   Cuando el recurso se funda en el No. 7 del artículo 1,690 de la Ley de Enjuiciamiento Civil, es necesario indicar el error atribuído al Tribunal en la estimación de las pruebas.

### SENTENCIA.

En la Ciudad de San Juan Bautista de Puerto Rico, á

veinte y ocho de Agosto de mil novecientos uno, en los autos de dominio de una finca y oposición al mismo, seguidos por Mr. Herbert E. Smith contra Don Mariano Pesquera y Goenaga, ambos propietarios y vecinos de esta Ciudad, que litigan por derecho propio; autos pendientes ante Nos en recurso de casación por infracción de ley que ha interpuesto el demandante Smith, representado y dirigido por el Letrado Don Juan Guzmán Benítez, habiéndolo estado Pesquera por el licenciado Don Wenceslao Bosch.—Resultando: Que en veinte de Octubre del año próximo pasado Don Mariano Pesquera y Goenaga presentó escrito al Tribunal de este Distrito acompañando los documentos necesarios á su pretensión, ó sea, ser dueño por compra á José Vargas y Carrasco de una finca rústica constante de seis cuerdas y tres cuartos de otra de terreno, equivalentes á dos hectáreas, sesenta y cinco áreas y treinta centiáreas, con una casa habitación de madera cobijada de zinc, de seis metros de frente por igual dimensión al fondo, y un martillo de tres metros, ubicados en el barrio de "Cangrejos," de este término municipal, lugar ó sitio denominado "Minillas," teniendo por límites al Norte los terrenos de Antonio Gámbaro y Bruno Viñals; al Sur los de Francisco Pérez y Juan París; al Este los de Toribio Ceballos y Bartolo Canales y al Oeste los de Juana Concepción, estando inscrita dicha finca á folios 227 vuelto y 228 del tomo 42 de la Capital, finca 1,758, inscripciones 3ª y 4ª, y para que se declarase á su favor el dominio solicitó la publicación de edictos, citación de los colindantes y anteriores dueños, é información testifical, todo lo que se llevó á efecto por haberlo así acordado el Tribunal.—Resultando: Que Mr. Herbert Smith se opuso á la declaración de dominio intentada por Pesquera por la razón fundamental de que el terreno, objeto de este expediente, forma parte de otro mayor que le pertenece por compra á Juan Lino Calderón, constante de veinte y media cuerdas radicadas en el barrio de "Cangrejos," sitio del "Condado," inscrita al folio 219 del tomo 6º de esta Capital, finca número 298; concluyendo por

solicitar que en definitiva se declare improcedente la declaratoria de dominio que intenta Don Mariano Pesquera, condenándole en el pago de todas las costas en razón al mejor derecho indiscutible que tiene en la propiedad.—Resultando: Que Pesquera evacuó el traslado que se le confirió, oponiéndose á la solicitud de Mr. Smith, que debe declararse sin lugar con las costas á su cargo, así como justificado el dominio á su favor.—Resultando: Que por ambas partes se solicitó el recibimiento á prueba y se practicó toda la propuesta ó sea documental, pericial y testifical, con cuyo resultado en quince de Mayo último dictó el Tribunal de este Distrito sentencia, y. después de considerar que el lugar denominado "Condado" es distinto del de "Minillas," que no se ha demostrado que en los años de mil ochocientos setenta y mil ochocientos setenta y uno, época del otorgamiento de la escritura, base de la demanda, formaran dichos sitios ó lugares uno sólo denominado "Condado," que no ha habido controversia entre las partes sobre este punto, pues ambas reconocen como lugares diversos, que las fincas están inscritas en el Registro con números distintos ó sea, la de Smith, con el doscientos noventa y ocho y la de Pesquera con el mil setecientos cincuenta y ocho, lo que hace creer que no tienen nada de común ni en descripción, ni en situación, ni en colindancia; que los peritos no pueden subsanar defectos de escrituras admitidas en toda su integridad por las partes contendientes, tanto más cuanto que la demanda no ha tenido ese objeto ni el subsiguiente de la rectificación de las inscripciones del Registro de la Propiedad; que Smith no ha probado que los terrenos de Pesquera están dentro de los de su propiedad, que fué el hecho fundamental de su demanda, se declaró sin lugar la solicitud de oposición formulada por Mr. Smith á la declaración de dominio interesada por Pesquera, con las costas á aquél, ordenando á la vez que se dé cuenta para resolver la pretensión originaria de este último.—Resultando: Que contra esta sentencia ha interpuesto Mr. Herbert E. Smith recurso de casación por infracción de ley como comprendido

en los números 1? y 7? del artículo 1,690 de la Ley de Enjuiciamiento Civil, y después de citar como infringidos varios artículos de la Ley Hipotecaria y sentencias del Tribunal Supremo y el concepto en que á su juicio lo han sido, establece como motivo 5? de su escrito lo siguiente: Error de hecho y de derecho en la apreciación de la prueba, porque toda ella concurre á demostrar la identidad de las fincas, habiéndose acreditado que lo que dice pertenecerle Pesquera forma parte de lo adquirido por Mr. Smith.—Resultando: Que el veinte y dos del corriente tuvo lugar la vista pública, en cuyo acto los letrados expusieron lo que creyeron conveniente á su derecho.—Visto: Siendo Ponente el Juez Asociado Don José M.ª Figueras Chiqués.—Considerando: Que la cuestión debatida durante el curso del pleito es de hecho, como así lo reconoció el recurrente en el acto de la vista, por cuya razón el Tribunal sentenciador, en uso de sus facultades aprecia en conjunto la prueba y deduce de ella que por el demandante no se ha demostrado el hecho fundamental de la demanda, ó sea, que el terreno, cuyo dominio interesa Pesquera, forma parte de una finca mayor de la propiedad de aquél, á pesar de radicar en distintos lugares, tener diversas colindancias y de estar ambas fincas inscritas con diferente número en el Registro de la Propiedad.—Considerando: Que tratando el recurso de impugnar la prueba, puesto que se funda en el número 7? del artículo 1,690 de la Ley de Enjuiciamiento Civil, es necesario citar el documento, acto auténtico, ó género de prueba que acredite el error de hecho atribuído al Tribunal *a quo*, ó citar concretamente en el caso de que el error sea de derecho, la ley ó leyes que se supongan infringidas en la estimación de dichas pruebas; y careciendo el expresado motivo de estos esenciales requisitos, al combatir la sentencia recurrida, es de todo punto inadmisible el recurso, según lo dispuesto en el número 9?, en relación con el 4? del artículo 1,727 de la Ley de Enjuiciamiento Civil.— Fallamos: Que debemos declarar y declaramos no haber lugar á resolver el recurso interpuesto por Mr. Herbert E.

Smith, á quien condenamos en las costas; líbrese al Tribunal de este Distrito la correspondiente certificación, devolviéndole los autos que tiene remitidos á los efectos procedentes. —Así por esta nuestra sentencia, que se publicará en la *Gaceta*, lo pronunciamos, mandamos y firmamos.

José S. Quiñones.—José C. Hernández.—José Mª Figueras. —Louis Sulzbacher.

Publicación.—Leída y publicada fué la anterior sentencia por el Sr. Juez Asociado del Tribunal Supremo Don José Mª Figueras Chiqués, celebrando audiencia pública dicho Tribunal en el día de hoy, de que certifico como Secretario sustituto, en Puerto Rico á veinte y ocho de Agosto de mil novecientos uno.—Eugenio Alvarez, *Secretario sustituto*.